AO 442 (Rev. 11/11) Arrest Warrant

AUSA Greenberg

FILED ____ ENTERED
____ LOGGED ____ RECEIVED

JAN 15 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

David DiPaolo

*Defendant*

Case No. 14 - 84 WGC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David DiPaolo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

As set forth in the attached Affidavit of Investigator Bumbray, there is probable cause to believe that DiPaolo committed manslaughter in violation of 18 U.S.C. § 1112 on or about December 28, 2013 in Carderock, Montgomery County, Maryland.

Date: January 9, 2014
12:15 p.m.

*Issuing officer's signature*

City and state: Greenbelt, MD

William Conneily, Chief U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 1/9/14, and the person was arrested on *(date)* 1/9/14 at *(city and state)* Queensbury, NY | |
| Date: 1/14/14 | Det. ne Syn #687 *Arresting officer's signature* |
| | Det. Glenn Luppino #687 *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____